AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Matthew Olinger
_Petitioner_

v.

Colette Peters, Federal Bureau of Prisons, and Anthony Mendoza, Warden, Coleman Low FCI (Respondent)
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. CV 5:24-CV-00451-KKM-PRL
_(Supplied by Clerk of Court)_

FILED - USDC - FLMD - OCA
OCT 2 2024 PM 2:09

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Matthew James Olinger
    (b) Other names you have used: ___
2.  Place of confinement:
    (a) Name of institution: Coleman FCI Low Satellite Camp
    (b) Address: 846 NE 54th Terrace Sumterville FL 33521
    (c) Your identification number: 67238-510
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: Eastern District of Missouri 111 South 10th Street St. Louis MO 63102
    (b) Docket number of criminal case: 0865 4:23CR00349-1 JAR
    (c) Date of sentencing: 11/16/2023
    ☐ Being held on an immigration charge
    ☐ Other (explain): ___

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  N/A
   
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
   
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes     ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes     ☒ No

    If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Date of filing: _____
      (2) Case number: _____
      (3) Result: _____
      (4) Date of result: _____
      (5) Issues raised: _____

  (d)  Did you appeal the decision to the United States Court of Appeals?
      ☐ Yes      ☒ No
      If "Yes," provide:
      (1) Name of court: _____
      (2) Date of filing: _____
      (3) Case number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was not sent to halfway house as prescribed by the First Step act and I was not sent to home confinement. The original date for home confinement should have been six months ago. The BOP currently bases the date on Earned Time Credit vs. Projected time credit based on the prisoner's conditional release date.

(a) Supporting facts (Be brief. Do not cite cases or law.): The lack of availability for home confinement resulted in almost no home confinement, which meant spending those extra months in prison, which is also in violation of the intent of the First Step Act. Halfway house release date wasn't met, I was eligible for 6 months of halfway house.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No   No mechanism available

**GROUND TWO:** The BOP failed to provide adequate halfway house staff and facilities depriving incarcerated people the time they have earned in the halfway house and on home confinement. They have been aware of the issue and have failed to address the problem. The FSA is being subverted by the failure to implement it in violation of the congressionally approved act.

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** I am asking for four months of FTC credit from working for Unicor according to the FSA. The halfway houses do not know how to give credits. The Grand Prairie computation center says they don't correct FTC credit and don't know who does. So it seems a judge can only correct and fix the credits.

(a) Supporting facts (Be brief. Do not cite cases or law.): FSA Classes Finished - Anger Management, Nonres Drug + Alcohol Edu, Threshold, Fitness Program, National Parenting From Prison, 7 Habits of Highly Effective People, Energy Leadership, FSA Class Waiting List, Criminal Thinking, Emotion Self-Regulation, Seeking Strength, Social Skills Therapy, Mindfulness, Traumatic stress and resiliance. I worked from January 19th to June 11th at Unicor and Education.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No   Halfway house provided no mechanism to do this.

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

### Request for Relief

15. State exactly what you want the court to do: Order BOP to give the correct credits under the First Step Act, including programming credits, and have the BOP correct my release date, or in the alternative lessen my supervised release.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/26/2024

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

UNITED STATES DISTRICT COURT
for the Middle District of Florida
OCALA DIVISION

Matthew Olinger )
Petitioner )
)
v. ) CV 5:24-cv-00451-KKM-PRL
) CR Case No. 0865 4:23CR00349-1 JAR(Missouri)
Colette Peters, )
Federal Bureau of Prisons )
And Anthony Mendoza )
Warden, )
Coleman Low FCI. )
Respondent. )

FILED - USDC - FLMD - OCA
OCT 2 2024 PM2:09

## AMENDED PETITION UNDER 28 U.S.C. 2241

This is a formal request from Matthew Olinger to order the Bureau of Prisons to correction his release date, which was communicated to him by his case manager, at the Coleman Federal Prison Camp. He never received his 120 days of FSA credits that were supposed to be given while in home confinement, but because the Bureau of Prisons has not given people the correct home confinement time, they can never get their proper credits. He should have been release more than four months ago, and his supervised release is now four months prolonged.

Mr. Olinger had a recidivism rate if -1, a clear indication of his commitment to rehabilitation. He maintained a spotless disciplinary record with no infractions. His compliance with the rules set forth by the Bureau of Prisons had been unwavering, even during his stay at the Federal Halfway House due to lack of bed availability. He was in home confinement monitored by an ankle bracelet monitor and phone calls including late night interruptions of his sleep, and he continued to abide by all regulations for FOUR extra months, because BOP irregularities and the failure of the BOP to follow its own regulations for the First Step Act.

Additionally, attached is the Coleman Institutional Referral for CCC Placement (Attachment A), which clearly states him conditional release date as September 3, 2024. In May 2024, Mr. Olinger was informed that his new Conditional Release date as August 8, 2024, which can be confirmed in his personal Bureau of Prisons

file. He did not get his halfway house time, nor did he get his First Step Act FLC credits which were to be issued by the halfway house. He was entitled to 51 days of FTC according to the attached records of the BOP. Please see Mr. Olinger's release plan which is also attached hereto.

Therefore, Mr. Olinger respectfully requests that this court grant him four months of credit to correct his release date or in the alternative to lesson his supervised release by four months.

Mr. Olinger was never sent to home confinement like other non-violent first-time offenders. The Bureau of Prisons and the halfway house failed to send Mr. Olinger to home confinement, which opposes the intent of the First Step Act. The original date for home confinement was ignored. The lack of availability caused him to lose five months of home confinement, and Olinger had to spend these extra months in prison, which is also in violation of the intent of the First Step Act.

(In prison and in halfway houses there is no access to copiers and other law library functions to permit someone to file a form. The BOP has many lockdowns and does not care that they are not following Congressional regulations. That is why Mr. Olinger had to file the form as previously formatted because he was not on home confinement and had no access to copiers.)

I have filed the typed copy with the handwritten form for the convenience of the judge to read.

FORM 2241
 Personal Information
1. (a) Matthew Olinger:
2. Place of confinement:
(a) home
(b) 438 Slate Place
Bradenton, Fl. 34211

Mr. Olinger is currently residing at home and is on supervised release.


(c) reg. Number 67238-510
3. Sentenced by the Eastern District of Missouri on November 16, 2023. Serving a sentence (incarceration) after having been convicted of a crime of wire fraud.

(a) Name and location of court that sentenced you:

U.S. District Court for the Eastern District of Missouri

111 South 10th Street
St. Louis, MO 63102

Phone: (314) 244-7900
Fax: (314) 244-7909

Decision or Action You Are Challenging

5. What are you challenging in this petition:
I am challenging how my sentence is being carried out, calculated, or credited by prison or parole authorities (calculation of good time credits) and the failure to grant me FSI credits and because of a lack of halfway house space. I did not get home confinement. I did not get my FSA credits and served four months beyond my release date.

6. NA. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: NA
(b) Docket number, case number, or opinion number:
(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

Your Earlier Challenges of the Decision or Action

7.NA  First appeal NA
Did you appeal the decision, file a grievance, or seek an administrative remedy?
'Yes 'No

8. NA Second appeal NA
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
'Yes 'No

9. NA Third appeal NA
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
'Yes 'No

10. NA Motion under 28 U.S.C. 2255 NA
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. 2255 that challenged this conviction or sentence?
 No


(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence? NO

 (c) Explain why the remedy under 28 U.S.C. 2255 is inadequate or ineffective to challenge your conviction or sentence: NA


11.NA Appeals of immigration proceedings
    Does this case concern immigration proceedings? NO


(d) Did you appeal the decision to the United States Court of Appeals?
'No

12. NA Other appeals NA
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
'Yes 'No


Grounds for Your Challenge in This Petition
13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.
        GROUND ONE:

(a) Supporting facts (Be brief. Do not cite cases or law.):

I was not sent to halfway house as proscribed by the first step act and I was not sent to home confinement.

Home Confinement

- The original date for home confinement should have been six months ago.
- The BOP currently bases this date on EARNED TIME CREDIT versus PROJECTED TIME CREDIT, based on the prisoner's conditional release date.

The lack of availability for home confinement resulted in almost no home confinement, which meant spending those extra months in prison, which is also in violation of the intent of the First Step Act.

Attachment: Sentence Monitoring Computation Data

Halfway House

- The original Bureau of Prisons halfway house release date was not met.
- I am eligible for 6 months of halfway house spent in home confinement according to the First Step Act.
- I am still at the halfway house, which gave me inadequate adjustment time at home.
- I was housed in an overcrowded facility, which was inappropriate and very uncomfortable.

Attachment: Institutional Referral for CCC Placement
This is unfair and not logical.

If I was sent to the halfway house in a timely manner, I would get my FSI credits that are forward loaded in some facilities and be done with my sentence months earlier than my projected release date which fails to give me the credits I have earned. In addition, I would have been home and had access to proper medical treatment and nutritious food.

(b) Did you present Ground One in all appeals that were available to you?
No mechanism for appeal at the halfway house.

## GROUND TWO:

(a) Supporting facts (Be brief. Do not cite cases or law.): The BOP has failed to provide adequate halfway house staff and facilities depriving incarcerated people the time they have earned in the halfway house and on home confinement. They have been aware of the issue and have failed to address the problem. The First Step Act is being subverted by the failure to implement it in violation of the Congressionally approved Act.

(b) Did you present Ground Two in all appeals that were available to you?
Yes

## GROUND THREE:

(a) Supporting facts (Be brief. Do not cite cases or law.): I am asking four months of FTC credit from working at Unicor. according to the First Step Act. The halfway houses do not know how to give credits. The Grand Prairie computation center says they don't correct FTC credit and don't know who does! So it seems only a judge can fix the credits.

FSA Classes (finished)
Anger management
Nonresidential Drug and Alcohol Education
Threshold Program
Fitness Program
National Parenting from prison
7 Habits of Highly Effective People
Energy Leadership

FSA Classes (waiting list)
Criminal thinking, wrong decision right decision
Emotion self-regulation
Seeking strength
Social skills therapy
Mindfulness based cognitive training
Traumatic stress and resilience

Work- I worked from January 19th to June 11th
Unicor
Education

(b) Did you present Ground Three in all appeals that were available to you?
Halfway house does not have such a mechanism.

Request for Relief

15. State exactly what you want the court to do.

Order the BOP to give the correct credits under the First Step Act including programming credits, have the BOP correct my release date, or in the alternative lessen my supervised release.

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: I am on supervised release.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/17/2024

_Matthew Olinger_
Matthew Olinger
18167971320
438 Slate Place
Bradenton, Fl. 34211

Signature of Petitioner, pro se

Olinger
16438 Slate Pl
Bradenton, FL 34211

Attn: Clerks Office
Golden Collum Memorial Federal Building
& United States Court House
207 Northwest Second Street
Ocala, FL 34475

SCREENED By USMS

U.S. POSTAGE PAID
USPS Ground Advtg
BRADENTON, FL 34211
SEP 30, 2024
$5.10
3.00 Oz
S2324D501773-4

USPS TRACKING #
9500 1152 2481 4274 8389 41

Retail

RDC 01    0 L